GARY M. RESTAINO
United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

JUN 07 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.    CR-22-00624-PHX-GMS(DMF) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:    18 U.S.C. §§ 1153 and 1111 (CIR-Murder First Degree) Count 1 |
| Willie Herndon Dewey, Jr., | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A)(iii) and (j) (Discharge of a Firearm During and in Relation to a Crime of Violence Resulting in Death) Count 2 |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Possession of a Firearm by a Prohibited Possessor) Count 3 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about April 10, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant WILLIE HERNDON DEWEY, JR., an Indian, with premeditation and malice aforethought, did unlawfully kill K.C.C.

In violation of Title 18 United States Code, Sections 1153 and 1111.

## COUNT 2

On or about April 10, 2022, in the District of Arizona, Defendant WILLIE HERNDON DEWEY, JR., did knowingly use, carry, and discharge a firearm during and in relation to a crime of violence, that is, First Degree Premeditated Murder as alleged in Count 1, a felony crime prosecutable in a Court of the United States and the use of such firearm caused the death of K.C.C.

In violation of Title 18 United States Code, Section 924(c)(1)(A)(iii) and (j).

## COUNT 3

On or about April 10, 2022, in the District of Arizona, Defendant WILLIE HERNDON DEWEY, JR., did possess, in and affecting interstate commerce, a firearm, that is, a Glock 23, .40 caliber handgun, serial number BFU521. Defendant knowingly possessed the firearm, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- 2 -

One Glock 23, .40 caliber handgun, serial number BFU521

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  June 7, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
THOMAS SIMON
Assistant U.S. Attorney

- 3 -